UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.                                                Case No. 2:18-MJ-21
                                                HON. TIMOTHY P. GREELEY

KRISTINE ELIZABETH WOODS,

              Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on August 1, 2018, for an initial appearance on the complaint charging defendant with distribution of heroin. The government has filed a motion for detention and defense counsel requested a hearing. Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                     */s/ Timothy P. Greeley*
                                                     TIMOTHY P. GREELEY
                                                     UNITED STATES MAGISTRATE JUDGE

Dated: August 1, 2018