UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                Case No. 2:18-MJ-21
                                                HON. TIMOTHY P. GREELEY

KRISTINE ELIZABETH WOODS,

                Defendant.
_____/

## **ORDER**

Defendant appeared before the undersigned on August 6, 2018, for detention hearing.[1]

For reasons stated on the record, defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                       */s/ Timothy P. Greeley*
                                                       TIMOTHY P. GREELEY
                                                       UNITED STATES MAGISTRATE JUDGE

Dated: August 6, 2018

---

[1] Defendant waived her right to a preliminary hearing